# Nicoletti Gonson Spinner

ATTORNEYS AT LAW

**NICOLETTI GONSON SPINNER RYAN GULINO PINTER LLP**

555 Fifth Avenue 8th Floor
New York, New York 10017
Telephone (212) 730-7750
Facsimile (212) 730-7850

New Jersey Office:
One University Plaza, Suite 412
Hackensack, New Jersey 07601

December 12, 2019

**VIA ECF**
Hon. Jesse E. Furman
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, New York

Re:  CARR MASSI, Individually and on Behalf of All Others Similarly Situated vs. DANIELA SALVONI, YAIR MARTIN GUTTMAN, AND JAI MUKTINATH INC. dba SUBWAY
Venue        :    USDC SDNY No.:1:19-cv-10097-JMF
Our File     :    70308. 00070

Dear Judge Furman:

This office has just been retained to represent the interests of the Defendant, JAI MUKTINATH INC. dba SUBWAY, in the above-referenced matter. We write to respectfully request an extension of time in order to respond to the Summons and Complaint filed herein.

The undersigned recently received this claim and additional time is needed to consult with our client and to prepare a response to the Complaint. Under the circumstances, we respectfully request an extension of time to January 13, 2020.

We have contacted counsel for the Plaintiff who has advised that they would consent to an extension of time until that date.

No prior application has been made for this relief.

We appreciate the court's consideration of this request.

Respectfully submitted,

NICOLETTI GONSON SPINNER

Kevin M. Ryan, Esq.

NICOLETTI GONSON SPINNER
Our File NO.: 70308.00070

Page -2-

KMR:mc

**VIA ECF**
james@civilrightsny.com