Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

May 14, 2020

**BY ECF**

Hon. Jesse M. Furman
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

                RE.   *Massi v. Salvioni, et al.*, 19cv10097 (JMF)(DCF)

Dear Judge Furman:

    I represent the plaintiff in the above referenced action and submit this request seeking a 30-day extension of the deadline to reopen. Defendants consent to the request.

    On March 16, 2020, the court issued an order of dismissal with leave to reopen the action within sixty days if the settlement is not consummated. Since then, parties have negotiated settlement and are nearly completed in finalizing the agreement. In essence, the only thing left is to have our clients review, approve and execute the agreement. The additional 30 days will allow parties enough time to file a Stipulation of Discontinuance.

    We thank you very much for your consideration and are available to address any questions the court may have.

                                               Respectfully,

                                               /s/ James E. Bahamonde

                                             James E. Bahamonde, Esq.

> Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 21.  SO ORDERED.
>
> [signature]
>
> May 15, 2020

cc: (via ECF)
Kevin M. Ryan, Esq.
*Attorneys for Jai Muktinath Inc. dba Subway*
Nicoletti Gonson Spinner Ryan Gulinp Pinter LLP